**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **CHRISTOPHER FERGUSON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED;** | § § § § | |
| *Plaintiff,* | § § | |
| *v.* | § § | |
| **TEXAS FARM BUREAU,  TEXAS FARM BUREAU BUSINESS CORPORATION,  TEXAS FARM BUREAU CASUALTY INSURANCE COMPANY,  TEXAS FARM BUREAU MUTUAL INSURANCE COMPANY, TEXAS FARM BUREAU UNDERWRITERS,  FARM BUREAU COUNTY MUTUAL INSURANCE COMPANY OF TEXAS,  SOUTHERN FARM BUREAU LIFE INSURANCE COMPANY,** | § § § § § § § § § § § § § | **6-17-CV-00111-ADA** |
| *Defendants.* | § | |

**ORDER ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Jeffrey C. Manske. ECF No. 352. The Report recommends that Plaintiffs' Motion for Partial Summary Judgment on Employee Status (ECF No. 333) be GRANTED, Plaintiffs' Motion for Partial Summary Judgment on the White Collar Exemptions (ECF No. 292) be DENIED, Plaintiffs' Motion for Partial Summary Judgment on Good Faith (ECF No. 298) be GRANTED, Plaintiffs' Motion for Partial Summary Judgment on Inapplicable Affirmative Defenses (ECF No. 299) be GRANTED, and Plaintiffs' Motion for Partial Summary Judgment on Defendants' Outside-Sales-Exemption (ECF No. 302) be GRANTED. The Report and Recommendation was filed on May 19, 2021.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Plaintiffs filed objections on June 16, 2021. ECF No. 359. Defendants Texas Farm Bureau Business Corporation, Texas Farm Bureau Casualty Insurance Company, Texas Farm Bureau Mutual Insurance Company, Texas Farm Bureau Underwriters, Farm Bureau County Mutual Insurance Company of Texas, and Texas Farm Bureau ("TFB") filed objections on June 16, 2021. ECF No. 360. Defendant Southern Farm Bureau Life Insurance Company filed objections on June 16, 2021. ECF No. 361.

The Court has conducted a *de novo* review of the motions for partial summary judgment, the responses, replies, sur-replies (as applicable) the report and recommendation, the objections to the report and recommendation, and the applicable laws. After thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendation should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Manske, ECF No. 352, is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's and Defendants' objections are **OVERRULED**.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion for Partial Summary Judgment on Employee Status (ECF No. 333) is **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiffs' Motion for Partial Summary Judgment on the White Collar Exemptions (ECF No. 292) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion for Partial Summary Judgment on Good Faith (ECF No. 298) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion for Partial Summary Judgment on Inapplicable Affirmative Defenses (ECF No. 299) is **GRANTED**.

**IT IS FINALLY ORDERED** that Plaintiffs' Motion for Partial Summary Judgment on Defendants' Outside-Sales-Exemption (ECF No. 302) is **GRANTED**.

SIGNED this 22nd day of June, 2021.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE