IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| CHRISTOPHER FERGUSON, individually and on behalf of others similarly situated, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 6:17-CV-00111-DTG |
| TEXAS FARM BUREAU BUSINESS CORPORATION, TEXAS FARM BUREAU CASUALTY INSURANCE COMPANY, TEXAS FARM BUREAU MUTUAL INSURANCE COMPANY, TEXAS FARM BUREAU UNDERWRITERS, FARM BUREAU COUNTY MUTUAL INSURANCE COMPANY OF TEXAS, SOUTHERN FARM BUREAU LIFE INSURANCE COMPANY, and TEXAS FARM BUREAU, | § § § § § § § § § § § § § § § | |
| Defendants. | § | |

## JOINT PRE-TRIAL ORDER

Plaintiff Christopher Ferguson and opt-in Plaintiffs Daryl Blackwell, Ricky Martin, Lloyd McCord, Brandon Wheeler, David Henry, Mike Cook, Brandon Peek, Darrell Beakley, Gary Clements, Connie Lovelady, and Matthew Stanton ("Plaintiffs") and Defendants Texas Farm Bureau, Texas Farm Bureau Business Corporation, Texas Farm Bureau Casualty Insurance Company, Texas Farm Bureau Mutual Insurance Company, Texas Farm Bureau Underwriters, and Farm Bureau County Mutual Insurance Company of Texas ("Texas Farm Bureau") and Southern Farm Bureau Life Insurance Company ("SFB Life") (collectively, "Defendants") submit this Joint Pretrial Order in compliance with the Seventh Amended Scheduling Order, the Local Rules of the

United States District Court for the Western District of Texas, and the Amended Standing Order on Pre-Trial Procedures and Requirements in Civil Cases of the Western District of Texas, Waco Division.

The following documents are attached hereto:

| Tab No. | Description |
|---|---|
| 1 | Joint Pretrial Order |
| A | Appearance of Counsel |
| B | Joint Statement of the Case |
| C | Contentions of the Parties |
| D | Plaintiffs' Trial Exhibit List |
| E | Defendants' First Amended Trial Exhibit List |
| F | Plaintiffs' First Amended Witness List |
| G | Defendants' Joint Second Amended Witness List |
| H | Joint Requested Jury Instructions and Verdict Form With Annotations |
| I | Charge and Interrogatories |
| J | Joint Proposed Juror Questionnaire |
| K | Defendants' Contentions Regarding Disputed Issues of Law |
| L | Plaintiff's Motion in Limine and Memo in Support |
| M | Defendants' Omnibus Motion in Limine |

The Parties anticipate the trial will last for approximately three weeks.

Dated: August 5, 2024.

Respectfully submitted,

By: */s/ Avi Moshenberg (with permission)*
**Avi Moshenberg**
Texas Bar No.: 24083532
avi.moshenberg@lmbusinesslaw.com
**Nick Lawson**
Texas Bar No.: 24083367
nick.lawson@lmbusinesslaw.com
Lawson & Moshenberg, PLLC
801 Travis St. Suite 2101, #838
Houston, TX 77022
Telephone: 713-449-9644

**William B. Thomas**
Texas Bar No.: 24083965
william.thomas@mhllp.com
**MCDOWELL HETHERINGTON, LLP**
1001 Fannin, Suite 2700
Houston, Texas 77002
Telephone: 713-337-5580
Facsimile: 713-337-8850

**John Eddie Williams, Jr.**
Texas Bar No. 21600300
jwilliams@whlaw.com
**Brian A. Abramson**
Texas Bar No. 24050193
babramson@whlaw.com
**Sean M. McCarthy**
Texas Bar No. 24065706
smccarthy@whlaw.com
**WILLIAMS HART BOUNDAS EASTERBY, LLP**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
Telephone: (713) 230-2200
Facsimile: (713) 643-6226

**Kelly E. Cook**
Texas Bar No. 24062675
kcook@wylycooklaw.com
**Warren A. Berlanga**
Texas Bar No. 24085199
wberlanga@wylycooklaw.com

By: */s/ Barry Moscowitz*
**Barry Moscowitz**
Texas Bar No. 24004830
bmoscowitz@thompsoncoe.com
**Cassie J. Dallas**
Texas Bar No. 24074105
cdallas@thompsoncoe.com
**Leslie W. Richardson**
Texas Bar No. 24079830
lwrichardson@thompsoncoe.com
**THOMPSON COE COUSINS & IRONS, LLP**
700 N. Pearl Street. Suite 2500
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209

*Attorneys for Defendants Texas Farm Bureau Business Corporation, Texas Farm Bureau Casualty Insurance Company, Texas Farm Bureau Mutual Insurance Company, Texas Farm Bureau Underwriters, Farm Bureau County Mutual Insurance Company of Texas, and Texas Farm Bureau*

By: */s/ Markham R. Leventhal (with permission)*
**Markham R. Leventhal**\*\* *(pro hac vice)*
mleventhal@carltonfields.com
**Scott Abeles**
sabeles@carltonfields.com
**CARLTON FIELDS, P.A.**
1025 Thomas Jefferson Street, NW
Suite 400 West
Washington, D.C. 20007
Telephone: (202) 965-8189
Facsimile: (202) 965-8104

**Cathleen Bell Bremmer** *(pro hac vice)*
cbell@carltonfields.com
**CARLTON FIELDS, P.A.**
4221 W. Boy Scout Boulevard, Suite 1000
Tampa, Florida 33607

| | |
|---|---|
| **WYLY & COOK, PLLC**<br>1415 N. Loop West, Suite 1000<br>Houston, Texas 77008<br>Telephone: (713) 236-8330<br>Facsimile: (713) 863-8502<br><br>*Attorneys for Plaintiffs* | Telephone: (813) 223-7000<br>Facsimile:  (813) 229-4133<br><br>**Irma Reboso Solares** *(pro hac vice)*<br>isolares@carltonfields.com<br>**Stephanie A. Fichera** *(pro hac vice)*<br>sfichera@carltonfields.com<br>**CARLTON FIELDS, P.A.**<br>Miami Tower, Suite 4200<br>Miami, Florida 33131<br>Telephone:  (305) 530-0050<br>Facsimile:  (305) 530-0055<br><br>*Attorneys for Defendant Southern Farm Bureau Life Insurance Company* |

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on August 5, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will serve a copy on all counsel of record.

*/s/ Barry A. Moscowitz*
Barry A. Moscowitz