# EXHIBIT F

# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER FERGUSON,** | § | **CIVIL ACTION 6:17-cv-00111-RP** |
| **Individually and on Behalf of All Others Similarly Situated,** | § § § | |
| **Plaintiff,** | § § | |
| v. | § § § | |
| **TEXAS FARM BUREAU BUSINESS CORPORATION, TEXAS FARM BUREAU CASUALTY INSURANCE COMPANY, TEXAS FARM BUREAU MUTUAL INSURANCE COMPANY, TEXAS FARM BUREAU UNDERWRITERS, FARM BUREAU COUNTY MUTUAL INSURANCE COMPANY OF TEXAS, SOUTHERN FARM BUREAU LIFE INSURANCE COMPANY, and TEXAS FARM BUREAU,** | § § § § § § § § § § § § § § | **COLLECTIVE ACTION** |
| **Defendants.** | § § | |

## PLAINTIFFS' FIRST-AMENDED WITNESS LIST

Plaintiffs submit this trial Witness List and may elicit testimony from the following witnesses:

1. Chris Ferguson (will call)

2. Brandon Peek (will call)

3. Brandon Wheeler (will call)

4. Connie Lovelady (will call)

5. Darrell Beakley (will call)

6. Daryl Blackwell (will call)

7. David Henry (will call)

8. Lloyd McCord (will call)

9. Mike Cook (will call)

10. Ricky Martin (will call)

11. Mike Stanton (will call)

12. Gary Clements (will call)

13. Sue Stuckwisch (will call)

14. Jill Rorschach (will call)

15. Corporate Representative of Texas Farm Bureau Defendants (may call)

16. Corporate Representative of Southern Farm Bureau (may call)

17. Sloan Brown (may call)

18. Justin Ingram (may call)

19. Chris Whitney (may call)

20. Jon Sharp (may call)

21. Gary Wood (may call)

22. Shane Jensen (may call)

Plaintiffs reserve their right to amend or supplement this witness list and reserve the right to call anyone on Defendants' witness list.

To the extent that any witness identified as a witness with knowledge of relevant facts by any party to this action is qualified by education, training, or experience to give any expert opinion, Plaintiffs reserve the right to elicit expert opinions and testimony from any such witness.

Plaintiffs reserve the right to elicit opinion testimony from experts designated and called

by other parties to this lawsuit. Plaintiffs express their intention to possibly call witnesses associated with adverse parties and any other party's experts. They do not waive the right to challenge the qualifications of experts designated by other parties to this lawsuit.

Plaintiffs reserve the right to call rebuttal witnesses, including undesignated rebuttal expert witnesses, whose testimony cannot reasonably be foreseen until the presentation of the evidence.

Plaintiffs reserve the right to withdraw the designation of any expert who avers positively that any such previously designated expert will not be called as a witness at trial and to redesignate them as a consulting expert.

Plaintiffs reserve the right to elicit any expert-opinion or lay-opinion testimony at the time of trial which would be truthful, which would be of benefit to the jury to determine material issues of fact, and which would not violate any existing Court Order or the Federal Rules of Civil Procedure.

Plaintiffs designate, as adverse parties, potentially adverse parties, or as witnesses associated with adverse parties, all parties to this suit and all experts designated by any party to this suit, even if the designating party is not a party to the suit at the time of trial. In the event a present or future party designates an expert but then is dismissed for any reason from the suit or fails to call any designated expert, Plaintiffs reserve the right to designate or call such party or any such experts previously designated by any party.

Plaintiffs reserve whatever additional rights they might have with regard to witnesses, including experts, under the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the caselaw construing same, and the rulings of the Court.

Dated: August 5, 2024

        **WILLIAMS HART BOUNDAS, LLP**

        By: /s/ *John Eddie Williams Jr.*
        John Eddie Williams, Jr.
        Texas Bar No. 21600300
        S.D. Tex. Bar No. 5179
        jwilliams@whlaw.com
        Brian A. Abramson
        Texas Bar No. 24050193
        S.D. Tex. Bar No. 634741
        babramson@whlaw.com
        Sean M. McCarthy
        Texas Bar No. 24065706
        S.D. Tex. Bar No. 987779
        smccarthy@whlaw.com
        8441 Gulf Freeway, Suite 600
        Houston, Texas 77017
        Telephone: 713-230-2200
        Facsimile: 713-643-6226

**WYLY & COOK, PLLC**          **LAWSON & MOSHENBERG, PLLC**

By: */s/ Kelly E. Cook*          By: */s/ Avi Moshenberg*
Kelly E. Cook          Avi Moshenberg
kcook@wylycooklaw.com          Texas Bar No.: 24083532
State Bar No. 24062675          avi.moshenberg@lmbusinesslaw.com
S.D. Tex. Bar No: 1022069          Nick Lawson
Warren A. Berlanga          Texas Bar No.: 24083367
wberlanga@wylycooklaw.com          nick.lawson@lmbusinesslaw.com
State Bar No. 24085199          Texas Bar No.: 24083965
S.D. Tex. Bar No: 2611869          801 Travis St. Suite 2101, #838\
1415 N Loop W, Suite 1000          Houston, TX 77002
Houston, TX 77008          Telephone: 713-449-9644
Telephone: (713) 236-8330

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

This is to certify that on August 5, 2024, a true and correct copy of the above and foregoing was served upon all counsel of record via electronic filing and email.

                                                  */s/ Avi Moshenberg*
                                                   Avi Moshenberg