# EXHIBIT G

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| CHRISTOPHER FERGUSON,<br>individually and on behalf of others<br>similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>TEXAS FARM BUREAU BUSINESS<br>CORPORATION, TEXAS FARM<br>BUREAU CASUALTY INSURANCE<br>COMPANY, TEXAS FARM BUREAU<br>MUTUAL INSURANCE COMPANY,<br>TEXAS FARM BUREAU<br>UNDERWRITERS, FARM BUREAU<br>COUNTY MUTUAL INSURANCE<br>COMPANY OF TEXAS, SOUTHERN<br>FARM BUREAU LIFE INSURANCE<br>COMPANY, and TEXAS FARM<br>BUREAU,<br><br>    Defendants. | §§§§§§§§§§§§§§§§§§§§§§§ | CIVIL ACTION NO. 6:17-CV-00111-ADA<br>COLLECTIVE ACTION |

**DEFENDANTS' JOINT SECOND AMENDED WITNESS LIST**

Defendants Texas Farm Bureau, Texas Farm Bureau Business Corporation, Texas Farm Bureau Casualty Insurance Company, Texas Farm Bureau Mutual Insurance Company, Texas Farm Bureau Underwriters, Farm Bureau County Mutual Insurance Company of Texas (collectively, the "TFB Defendants"), and Southern Farm Bureau Life Insurance Company ("SFB Life") (collectively, "Defendants"), pursuant to the Court's March 3, 2024 Sixth Amended Scheduling Order (ECF No. 460), the Seventh Amended Scheduling Order (ECF No. 483), and the date agreed to by the parties, hereby submits this Defendants' Joint Second Amended Witness List:

| No. | Name | Time Estimate | May Call / Will Call |
|---|---|---|---|
| 1. | Sloan Brown<br>c/o Barry A. Moscowitz<br>Thompson Coe Cousins & Irons, L.L.P.<br>700 North Pearl Street, 25th Floor<br>Dallas, Texas 75201<br>(214) 871-8275 | 2 hours | Will Call |
| 2. | Justin Ingram<br>c/o Barry A. Moscowitz<br>Thompson Coe Cousins & Irons, L.L.P.<br>700 North Pearl Street, 25th Floor<br>Dallas, Texas 75201<br>(214) 871-8275 | 2 hours | Will Call |
| 3. | Chris Whitney<br>c/o Barry A. Moscowitz<br>Thompson Coe Cousins & Irons, L.L.P.<br>700 North Pearl Street, 25th Floor<br>Dallas, Texas 75201<br>(214) 871-8275 | 2 hours | Will Call |
| 4. | John Parum<br>c/o Barry A. Moscowitz<br>Thompson Coe Cousins & Irons, L.L.P.<br>700 North Pearl Street, 25th Floor<br>Dallas, Texas 75201<br>(214) 871-8275 | 1 hour | Will Call |
| 5. | Dan Hightower<br>c/o Barry A. Moscowitz<br>Thompson Coe Cousins & Irons, L.L.P.<br>700 North Pearl Street, 25th Floor<br>Dallas, Texas 75201<br>(214) 871-8275 | 1 hour | Will Call |
| 6. | Gary Wood<br>c/o Barry A. Moscowitz<br>Thompson Coe Cousins & Irons, L.L.P.<br>700 North Pearl Street, 25th Floor<br>Dallas, Texas 75201<br>(214) 871-8275 | 1 hour | Will Call |

| 7. | Jon Sharp<br>c/o Barry A. Moscowitz<br>Thompson Coe Cousins & Irons, L.L.P.<br>700 North Pearl Street, 25th Floor<br>Dallas, Texas 75201<br>(214) 871-8275 | 1.5 hours | Will Call |
|---|---|---|---|
| 8. | Randy Dunn<br>c/o Barry A. Moscowitz<br>Thompson Coe Cousins & Irons, L.L.P.<br>700 North Pearl Street, 25th Floor<br>Dallas, Texas 75201<br>(214) 871-8275 | 45 minutes | Will Call |
| 9. | Jaime Tengwall<br>c/o Barry A. Moscowitz<br>Thompson Coe Cousins & Irons, L.L.P.<br>700 North Pearl Street, 25th Floor<br>Dallas, Texas 75201<br>(214) 871-8275 | 45 minutes | Will Call |
| 10. | Shane Jensen<br>c/o Barry A. Moscowitz<br>Thompson Coe Cousins & Irons, L.L.P.<br>700 North Pearl Street, 25th Floor<br>Dallas, Texas 75201<br>(214) 871-8275 | 20 minutes | May Call |
| 11. | Ernie Csiszar<br>1579 Kathwood Drive<br>Columbia, South Carolina 29206<br>(847) 224-2783 | 1 hour | Will Call |
| 12. | David Hurt<br>c/o Markham Leventhal<br>Carlton Fields P.A.<br>1025 Jefferson Street, NW<br>Suite 400 West<br>Washington, D.C. 20007-5208<br>(202) 965-8100 | 20 minutes | Will Call by Deposition |

15493995v4
04630.015

| 13. | Will Boyd (in place of Jessica Pitts as Manager of Field Compensation)<br>c/o Markham Leventhal<br>Carlton Fields P.A.<br>1025 Jefferson Street, NW<br>Suite 400 West<br>Washington, D.C. 20007-5208<br>(202) 965-8100 | 15 minutes | May Call |
|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|----------|
| 14. | Chris Ferguson | 1.5 hours | Will Call |
| 15. | Ashley Girlinghouse<br>(361) 554-9687 | 40 minutes | Will Call |
| 16. | Roger Havel | 30 minutes | May Call |
| 17. | Kimberly Bryson | 30 minutes | May Call |
| 18. | Brandon Peek | 1.5 hours | Will Call |
| 19. | Brenda Aguilar Williams<br>1580 State Hwy. 154 W<br>Gilmer, TX 75644-7639<br>(903) 843-2506 | 30 minutes | Will Call |
| 20. | Brandon Wheeler | 1.5 hours | Will Call |
| 21. | Cade Taylor<br>2419 N. Hobart St.<br>Pampa, TX 79065<br>(806) 665-8451 | 20 minutes | Will Call |
| 22. | David Haynes<br>2419 N. Hobart St.<br>Pampa, TX 79065<br>(806) 665-8451 | 30 minutes | May Call |
| 23. | Randy Kennedy | 30 minutes | May Call |
| 24. | Tonya Hinson<br>(806) 665-8451 | 40 minutes | May Call |
| 25. | Connie Lovelady | 1 hour | Will Call |
| 26. | Brenda Halbrook | 20 minutes | May Call |
| 27. | Darrell Beakley | 1.5 hour | Will Call |
| 28. | Dylan Powell<br>325 S State Hwy. 46<br>Seguin, TX 78155-7506<br>(830) 379-4456 | 20 minutes | May Call |

| 29. | Rich Rudisaile<br>240 E. FM 78<br>Cibolo, TX 78108<br>(210) 659-5252 | 20 minutes | Will Call |
|---|---|---|---|
| 30. | Ylenna Burgoon<br>(830) 556-0176 | 30 minutes | Will Call |
| 31. | Daryl Blackwell | 1.5 hour | Will Call |
| 32. | David Henry | 1.5 hour | Will Cal |
| 33. | Sabrina Baker<br>14971 State Highway 150 W<br>Coldspring, Texas 77331<br>(936) 653-4111 | 30 minutes | Will Call |
| 34. | Dallas Hatton<br>2420 US Highway 69 S<br>Woodville, Texas 75979-6191<br>(409) 283-2424 | 30 minutes | Will Call |
| 35. | Lloyd McCord | 1.5 hour | Will Call |
| 36. | Nancy Sparks<br>215 W. Sammy Baugh Ave.<br>Rotan, TX 79546-4616<br>(325) 735-3675 | 30 minutes | Will Call |
| 37. | Mary Pearson<br>2066 U.S. Hwy. 277 N<br>Anson, TX 79501-2300<br>(325) 823-3244 | 30 minutes | Will Call |
| 38. | Matt Stanton | 1 hour | Will Call |
| 39. | Joan Day<br>412 Burlington Ave.<br>Spur, TX 79370<br>(806) 271-3231 | 30 minutes | Will Call |
| 40. | Vicki Moore Abell<br>610 Tilford Ave.<br>Ralls, TX 79357<br>(806) 253-2564 | 30 minutes | Will Call |
| 41. | Mike Cook | 1.5 hours | Will Call |
| 42. | Joe Rivera, Jr.<br>525 E. 1st St.<br>Dumas, TX 79029-3219<br>(806) 935-5633 | 30 minutes | Will Call |

| 43. | Irma Madrigal<br>525 E. 1st St.<br>Dumas, TX 79029-3219<br>(806) 935-5633 | 30 minutes | Will Call |
|---|---|---|---|
| 44. | Brenda Martin<br>104 N. Main St.<br>Stinnett, TX 79083<br>(806) 878-3040 | 20 minutes | May Call |
| 45. | Ricky Martin | 1.5 hours | Will Call |
| 46. | John Brown, Jr.<br>1205 E. 11th Place<br>Big Spring, TX 79720-4801<br>(432) 267-7466 | 30 minutes | Will Call |
| 47. | Scott Landreth<br>3402 S. Treadaway Blvd.<br>Abilene, TX 79602<br>(325) 692-1213 | 20 minutes | Will Call |
| 48. | Shannon Gannaway<br>3402 S. Treadaway Blvd.<br>Abilene, TX 79602<br>(325) 692-1213 | 20 minutes | May Call |
| 49. | Denorah Torres<br>(325) 513-5033 | 20 minutes | Will Call |
| 50. | Gary Clements | 1 hour | Will Call |
| 51. | Record Custodians for Plaintiffs' Accountants | | May Call |

Defendants reserve the right to call (i) any witness identified by any other party in its trial witness list, (ii) any custodian of records, (iii) additional witnesses based upon the evidence by Plaintiffs at trial or identified by Plaintiffs in their trial witness list, and (iv) other rebuttal and/or impeachment witnesses.

Dated:  August 5, 2024

Respectfully submitted,

/s/  *Markham R. Leventhal*

Markham R. Leventhal (*pro hac vice*)
mleventhal@carltonfields.com
Scott Abeles (*pro hac vice*)
sabeles@carltonfields.com
CARLTON FIELDS, P.A.
Suite 400 West
1025 Thomas Jefferson Street, NW
Washington, DC 20007
Telephone:  (202) 965-8189
Facsimile:  (202) 965-8104

Aaron S. Weiss
aweiss@carltonfields.com
Irma Reboso Solares (*pro hac vice*)
isolares@carltonfields.com
Stephanie A. Fichera (*pro hac vice*)
sfichera@carltonfields.com
CARLTON FIELDS, P.A.
2 Miami Central, Suite 1200
700 NW 1st Avenue
Miami, Florida 33136
Telephone:  (305) 530-0050
Facsimile:  (305) 530-0055

Cathleen Bell Bremmer (*pro hac vice*)
cbell@carltonfields.com
CARLTON FIELDS, P.A.
4221 West Boy Scout Boulevard, Suite 1000
Tampa, Florida 33607-5780
Telephone:  (813) 223-7000
Facsimile:  (813) 229-4133

*Attorneys for Defendant Southern Farm
Bureau Life Insurance Company*

/s/  *Barry Moscowitz*

Barry Moscowitz (State Bar No. 24004830)
bmoscowitz@thompsoncoe.com
Leslie W. Richardson (State Bar No. 24079830)
lwrichardson@thompsoncoe.com
Cassie J. Dallas (State Bar No. 24072105)
cdallas@thompsoncoe.com
THOMPSON COE COUSINS & IRONS, LLP
700 North Pearl Street, Suite 2500
Dallas, Texas 75201
Telephone:  (214) 871-8200
Facsimile:  (214) 871-8209

*Attorneys for Defendants Texas Farm Bureau,
Texas Farm Bureau Business Corporation,
Texas Farm Bureau Casualty Insurance
Company, Texas Farm Bureau Mutual
Insurance Company, Texas Farm Bureau
Underwriters, and Farm Bureau County
Mutual Insurance Company of Texas*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 5, 2024, the foregoing was served on all counsel of record via the ECF filing system.


/s/ *Barry Moscowitz*
Barry Moscowitz