IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| CHRISTOPHER FERGUSON, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TEXAS FARM BUREAU BUSINESS CORPORATION, TEXAS FARM BUREAU CASUALTY INSURANCE COMPANY, TEXAS FARM BUREAU MUTUAL INSURANCE COMPANY, TEXAS FARM BUREAU UNDERWRITERS, FARM BUREAU COUNTY MUTUAL INSURANCE COMPANY OF TEXAS, SOUTHERN FARM BUREAU LIFE, INSURANCE COMPANY, and TEXAS FARM BUREAU,<br><br>Defendants. | CIVIL ACTION NO. 6:17-CV-00111 |

## ORDER ON DEFENDANTS' MOTIONS IN LIMINE REQUESTS (ECF No. 490)

| REQUEST NO. | LIMINE REQUEST | GRANTED | DENIED | AGREED |
|---|---|---|---|---|
| 1 | Defendants' expenses. | | X | |
| 2 | Defendants' financial size or net worth. | X | | |
| 3 | Other lawsuits. | X | | |
| 4 | The Court's issuance of a corrective notice and other pretrial rulings in this case. | X | | |
| 5 | Discovery disputes and objections to discovery. | | | X |
| 6 | Alleged FLSA record-keeping violations. | X | | |
| 7 | Alleged FLSA violations, if any, as determined by the Court. | X | | |
| 8 | Liquidated damages. | | | X |

1

| REQUEST NO. | LIMINE REQUEST | GRANTED | DENIED | AGREED |
|---|---|---|---|---|
| 9 | Damages beyond the scope of Plaintiffs' pleadings, discovery responses, and disclosures. | X | | |
| 10 | Claims or allegations beyond the scope of Plaintiffs' complaint. | X | | |
| 11 | Anxiety, stress, or hardship Plaintiffs may have experienced because of the lawsuit. | | | X |
| 12 | References to the "Golden Rule" or similar concepts. | X | | |
| 13 | Defendants' lawyers and cost of defense. | | | X |
| 14 | Counsel's own personal beliefs concerning the justness of Plaintiffs' case or thier right to recover damages. | | | X |
| 15 | Inflammatory testimony that Defendants acted "willfully". | X as to "egregious," "willful," and similar inflammatory statements | | |
| 16 | Testimony or references suggesting Defendants' failure to inquire, evaluate, or re-evaluate their Agency Manager classifications supports an inference of "willfulness". | | X | |
| 17 | References to a time-and-a-half rate of overtime compensation. | | | X |
| 18 | Plaintiffs' financial hardship. | | | X |
| 19 | Substitute expert opinion testimony beyond the scope of prior expert opinion. | | | X |

SIGNED this 20th day of August 2024.

_____
HONORABLE DEREK GILLILAND
United States Magistrate Judge

2