# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| CHRISTOPHER FERGUSON, individually and on behalf of others similarly situated | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 6:17-CV-00111 |
| TEXAS FARM BUREAU BUSINESS CORPORATION, TEXAS FARM BUREAU CASUALTY INSURANCE COMPANY, TEXAS FARM BUREAU MUTUAL INSURANCE COMPANY, TEXAS FARM BUREAU UNDERWRITERS, FARM BUREAU COUNTY MUTUAL INSURANCE COMPANY OF TEXAS, SOUTHERN FARM BUREAU LIFE, INSURANCE COMPANY, and TEXAS FARM BUREAU, | § § § § § § § § § § § § § § | |
| Defendants. | § | |

## ORDER ON PLAINTIFFS' MOTIONS IN LIMINE REQUESTS (ECF No. 491)

| REQUEST NO. | LIMINE REQUEST | GRANTED | DENIED | AGREED |
|---|---|---|---|---|
| 1 | Any argument, reference, or evidence that Plaintiffs believed, intended, or agreed to be an independent contractor. | | X | |
| 2 | Any argument, reference, or evidence of Plaintiffs' income. | **GRANTED a**s to total income during a calendar year. | **DENIED** as to commissions, expenses, and similar items. | |
| 3 | Any argument, reference, or evidence that Plaintiffs were classified as an independent contractor under standards other than the FLSA standard, such as IRS standards on federal tax forms. | | X | |

1

| REQUEST NO. | LIMINE REQUEST | GRANTED | DENIED | AGREED |
|---|---|---|---|---|
| 4 | Any argument, reference, or evidence that Plaintiffs had a duty to keep records of their hours worked. | **GRANTED** as to legal duty in that Defendants shall refrain from asking questions that state or imply that that Plaintiffs had a *legal duty* to keep records of their hours worked. | **DENIED** as to the fact of whether Plaintiffs kept such records. | |
| 5 | Any argument, reference, or evidence that Plaintiffs had a duty to notify, or failed to notify, Defendants they were working overtime. | | X | |
| 6 | Any argument, reference, or evidence that any workday was interrupted by non-work- related activity. | | X | |
| 7 | Any argument, reference, or evidence of any social media posts by Plaintiffs unrelated to their work at Farm Bureau. | | X | |
| 8 | Any reference or argument that Plaintiffs did not work more than forty hours in a workweek based on information or evidence other than what was disclosed in Farm Bureau's Rule 30(b)(6) testimony. | | X | |
| 9 | Any argument, reference, or evidence of off-color, embarrassing, or otherwise non-work related emails, text messages, or other communications. | | X | |
| 10 | Any argument, reference, or evidence of off-color, embarrassing, or otherwise non-work related events or personal affairs. | | X | |
| 11 | Any reference or argument regarding counsel's experience litigating or handling FLSA cases or any other cases. | | | X |

| REQUEST NO. | LIMINE REQUEST | GRANTED | DENIED | AGREED |
|---|---|---|---|---|
| 12 | Any argument, reference, or evidence that Plaintiffs were in any way unfaithful or disloyal to Farm Bureau. | | X | |

SIGNED this 20th day of August 2024.

_____
HONORABLE DEREK GILLILAND
United States Magistrate Judge