## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER FERGUSON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED;** | § § § § § | |
| **Plaintiff,** | § § | |
| v. | § § | CIVIL NO. 6:17-CV-00111-DTG |
| **TEXAS FARM BUREAU, TEXAS FARM BUREAU BUSINESS CORPORATION, TEXAS FARM BUREAU CASUALTY INSURANCE COMPANY, TEXAS FARM BUREAU MUTUAL INSURANCE COMPANY, TEXAS FARM BUREAU UNDERWRITERS, FARM BUREAU COUNTY MUTUAL INSURANCE COMPANY OF TEXAS, SOUTHERN FARM BUREAU LIFE INSURANCE COMPANY,** | § § § § § § § § § § § | |
| **Defendants.** | | |

## **FINAL JUDGMENT**

This action was tried before a jury from August 26 to September 6, 2024, on Plaintiffs' claims for overtime compensation under the Fair Labor Standards Act. On September 6, 2024, the jury returned a verdict in favor of Defendants on all claims asserted by all Plaintiffs. ECF No. 555.

IT IS THEREFORE **ORDERED AND ADJUDGED** that Plaintiffs take nothing by this suit, that this action be dismissed on its merits, and that Defendants recover their costs from Plaintiffs.

IT IS FURTHER **ORDERED** that this take nothing judgment in favor of Defendants is effective as to all claims filed in this action by Plaintiffs.

IT IS FURTHER **ORDERED** that Defendants are directed to file bills of costs, in accordance with Local Rule CV-54, within fourteen days of entry of this Final Judgment.

IT IS FURTHER **ORDERED** that this is a final judgment that disposes of all claims and parties and execution shall issue for this judgment as permitted by law.

**JUDGMENT IS HEREBY GRANTED** in favor of Defendants and against Plaintiffs. Defendants are fully and finally released, acquitted, and discharged from any and all liability to Plaintiffs for any and all causes of action that have been pled or could have been pled in this case.

SIGNED this 10th day of September, 2024.

_____
HONORABLE DEREK T. GILLILAND
United States Magistrate Judge